KAMER ZUCKER ABBOTT
R. Todd Creer  #10016
Kaitlin H. Paxton #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
tcreer@kzalaw.com
kpaxton@kzalaw.com

Attorneys for Defendant
Boyd Gaming Corporation

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAEMON LEE, an Individual, | ) | Case No. 2:21-cv-01870-JAD-DJA |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND REQUEST FOR** |
| vs. | ) | **EXTENSION OF TIME FOR** |
| | ) | **DEFENDANT BOYD GAMING** |
| AMERICAN HOMES 4 RENT, L.P., a foreign | ) | **CORPORATION TO RESPOND TO** |
| limited partnership; BOYD GAMING | ) | **PLAINTIFF'S COMPLAINT** |
| CORPORATION, a domestic corporation; | ) | |
| DOES I-X; ROE CORPORATIONS I-X, | ) | **(First Request)** |
| | ) | |
| Defendant. | ) | |

Plaintiff Jaemon Lee, Defendant American Homes 4 Rent, L.P., and Defendant Boyd Gaming

Corporation, by and through their respective counsel of record, hereby stipulate and request that the

deadline for Defendant Boyd Gaming Corporation to answer or otherwise respond to the Complaint

be extended from the present date of November 5, 2021 to December 3, 2021.   This Stipulation is

based upon the following facts:

1.  Plaintiff served the Summons and Complaint on Defendant Boyd Gaming Corporation

    on October 15, 2021, rendering an answer or other initial appearance due November 5,

    2021.

2.  Given that Defendant Boyd Gaming Corporation's counsel is currently balancing her caseload with caretaking obligations for her husband, in addition to the upcoming Thanksgiving holiday break, Plaintiff and Defendant American Homes 4 Rent, L.P. have agreed to an extension of time until December 3, 2021 for Defendant Boyd Gaming Corporation to answer or otherwise respond to the Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3.   This extension is requested for the reasons stated above and not for purposes of delay or any other improper purposes.

DATED this 4th day of November 2021.

HKM EMPLOYMENT
ATTORNEYS LLP

KAMER ZUCKER ABBOTT

By:   /s/ Jenny L. Foley
      Jenny L. Foley            #9017
      1785 East Sahara Avenue, Suite 300
      Las Vegas, Nevada 89104
      Tel:    (702) 625-3893
      Fax:   (702) 625-3893


      Attorney for Plaintiff
      Jaemon Lee

By:   /s/ Kaitlin H. Paxton
      R. Todd Creer            #10016
      Kaitlin H. Paxton       #13625
      3000 West Charleston Blvd., Suite 3
      Las Vegas, Nevada 89102
      Tel:    (702) 259-8640
      Fax:   (702) 259-8646


      Attorneys for Defendant
      Boyd Gaming Corporation

      LITTLER MENDELSON, P.C.

By:   /s/ Diana G. Dickinson
      Rick D. Roskelley       #3192
      Diana G. Dickinson   #13477
      3960 Howard Hughes Parkway
      Suite 300
      Las Vegas, Nevada 89169
      Tel:    (702) 862-8800
      Fax:   (702) 862-8811


      Attorneys for Defendant
      American Homes 4 Rent, L.P.


**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   November 5, 2021
         _____