UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jaemon Lee, | Case No. 2:21-cv-01870-JAD-DJA |
| Plaintiff, | **Order** |
| v. | |
| American Homes 4 Rent, L.P., et al., | |
| Defendants. | |

    Plaintiff Jaemon Lee has moved to extend the deadline for him to inform the Court whether he has secured new counsel or wishes to proceed *pro se* by thirty days. (ECF No. 41). Defendant American Homes 4 Rent, L.P. filed a notice of non-opposition. (ECF No. 45). Defendant Boyd Gaming Corporation also filed a notice of non-opposition. (ECF No. 49).

    The deadline for Plaintiff to inform the Court whether he had secured new counsel or would proceed *pro se* was Monday, March 28, 2022. (ECF No. 38). On Friday, March 25, 2022, Plaintiff moved to extend this deadline, explaining that he had been hospitalized. (ECF No. 41). Plaintiff added that he had been communicating with prospective legal counsel and attempting to send them documents related to his case but was encountering some difficulty obtaining the documents. (*Id.*). Plaintiff explains that his next meeting with his prospective attorney is scheduled for April 7, 2022. (*Id.*).

    Under Local Rule IA 6-1, "[a] motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extensions of the subject deadline the court granted." LR IA 6-1(a). Under Local Rule 26-3, "[a] motion or stipulation to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR IA 6-1, be supported by a showing of good cause for the extension." LR 26-3.

The Court grants Plaintiff's request for an extension. Plaintiff has met the requirements of LR IA 6-1(a). He has also demonstrated good cause by explaining that he has encountered health problems and difficulties obtaining documents that have necessitated the extension. Finally, Defendants American Homes 4 Rent and Boyd Gaming Corporation do not oppose the motion.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend the service deadline is **granted.** Plaintiff shall have until **Wednesday, April 27, 2022** to inform the Court whether he intends to proceed *pro se* or whether he has retained counsel.

DATED: April 7, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE