RICK D. ROSKELLEY, ESQ., Bar No. 3192
DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
Email: rroskelley@littler.com
            ddickinson@littler.com

*Attorneys for Defendant*
AMERICAN HOMES 4 RENT, L.P.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAEMON LEE, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOMES 4 RENT, L.P, a foreign limited partnership; BOYD GAMING CORPORATION, a domestic corporation; DOES I-X; ROE CORPORATIONS I-X,<br><br>Defendants. | Case No. 2:21-cv-01870-JAD-DJA<br><br>**STIPULATION AND ORDER TO VACATE OCTOBER 3, 2022 HEARING**<br><br>ECF Nos. 89, 92 |

Defendant AMERICAN HOMES 4 RENT, L.P., ("AH4R"), Defendant BOYD GAMING CORPORATION ("Boyd"), and Plaintiff JAEMON LEE ("Plaintiff") (collectively the "Parties"), by and through their attorneys, hereby stipulate and agree as follows:

1.  On August 26, 2022, Plaintiff field an Emergency Motion to Compel Arbitration (**ECF No. 89**) and a Supplement (**ECF No. 90**) on September 6, 2022;

2.  Plaintiff and AH4R have agreed to use JAMS for the arbitration of Plaintiff's claims against AH4R; and

/ / /

/ / /

3. The hearing on Defendant's Emergency Motion to Compel Arbitration currently set for October 3, 2022 (**ECF No. 91**), be vacated as moot.

Dated: September 29, 2022

Respectfully submitted,

/s/ Jaemon Lee
JAEMON LEE

*Pro Se Plaintiff*

Dated: September 29, 2022

Respectfully submitted,

/s/ Diana G. Dickinson, Esq.
RICK ROSKELLEY, ESQ.
DIANA G. DICKINSO, ESQ.
LITTLER MENDELSON

*Attorneys for Defendant*
AMERICAN HOMES 4 RENT, L.P.

Dated: September 29, 2022

Respectfully submitted,

/s/ Kaitlin H. Paxton, Esq.
R. TODD CREER, ESQ.
KAITLIN H. PAXTON, ESQ.
KAMER ZUCKER ABBOTT

*Attorneys for Defendant*
BOYD GAMING CORPORATION

## ORDER

In light of the parties' stipulation [ECF No, 92], and because it appears that the issues raised in Lee's emergency motion [ECF No. 89] have been resolved, mooting the motion and the need for the hearing on it, **IT IS ORDERED that this stipulation [ECF No. 92] is granted, the emergency motion to compel arbitration [ECF No. 89] is DENIED as moot, and the hearing scheduled for October 3, 2022, is VACATED.**

UNITED STATES DISTRICT JUDGE
Dated this 30th day of September, 2022

4875-1167-3141.1 / 074188-1064